**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **KIMBERLY M. ROBINSON,** | ) | **CASE NO. 5:25 CV 1518** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **MAGISTRATE JUDGE** |
| | ) | **CARMEN E. HENDERSON** |
| | ) | |
| **PALISADES ACQUISITION, *et al*.,** | ) | **ORDER** |
| | ) | |
| **Defendants.** | ) | |

Plaintiff's application to proceed *in forma pauperis* in this case (Doc. No. 2) is granted.

**IT IS SO ORDERED.**

Dated: <u>October 23, 2025</u>                              *CarmenHenderson*
                                                                     CARMEN E. HENDERSON
                                                                     UNITED STATES MAGISTRATE JUDGE