# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** Kimberly M. Robinson | **COURT CASE NUMBER** 5:25-cv-1518 |
| **DEFENDANT** Palisades Acquisition XVI LLC, et al | **TYPE OF PROCESS** Summons & Complaint |

2025 OCT 24 P 2:56

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Palisades Acquisition XVI LLC
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
210 Sylvan Avenue, Englewood Cliffs, NJ 07632

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kimberly M. Robinson
516 Ardella Avenue
Akron, Ohio 44306

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                   Fold

FILED
NOV 04 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 10/24/25 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 40 | District to Serve No. 40 | Signature of Authorized USMS Deputy or Clerk Nicole St. Angelo | Date 10/24/25 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date 10/29/25   Time 11:33   ☒ am ☐ pm

Signature of U.S. Marshal or Deputy
Nicole St. Angelo

| Service Fee $ | Total Mileage Charges including *endeavors* | Forwarding Fee $8.00 | Total Charges — | Advance Deposits — | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 $8.00 |
|---|---|---|---|---|---|

REMARKS: FED EX: 8855 0777 0450

**PRINT 5 COPIES**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

Kimberly M. Robinson  )
516 Ardella Avenue  )
Akron, Ohio 44306  )
)
)
*Plaintiff(s)*  )
v.  )   Civil Action No.
PALISADES ACQUISITION XVI LLC  )
210 Sylvan Avenue, Englewood Cliffs, NJ 07632  )   **5:25 CV 01518**
)
)
*Defendant(s)*  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PALISADES ACQUISITION XVI LLC
210 Sylvan Avenue, Englewood Cliffs, NJ 07632

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kimberly M. Robinson
516 Ardella Avenue
Akron, Ohio 44306

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHRISTIAN M. CAPECE, CLERK OF COURT

Date: 10/24/2025



*/s/Donatella Beatrice*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:25-cv-1518

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Palisades Acquisition XVI, LLC__
was received by me on *(date)* __10/24/25__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:
FED EX: 8855 0777 0450

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __10/29/25__

_Nicole St. Angelo_
*Server's signature*

Nicole St. Angelo, Investigative Analyst
*Printed name and title*

U. S. Marshals Service
2 S. Main St., Rm 314
Akron, OH 44308
*Server's address*

Additional information regarding attempted service, etc:



Tracking ID:   885507770450

✓ **Delivered**
Wednesday, 10/29/25 at 11:33 AM

Signed for by: D.Rodriguez

⊙ GPS delivery location

→ View more details

↓ Obtain proof of delivery

**From**
U.S. Marshals Service
2 South Main Street
Room 314
AKRON,OH US 44308

**To**
Palisades Acquistion XVI, LLC
210 Sylvan Avenue
ENGLEWOOD CLIFFS, NJ US

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**
FedEx Compatible
FedEx Developer Portal
FedEx Logistics

**LANGUAGE**
🌐  United States

**FOLLOW FEDEX**

