UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

KIMBERLY M. ROBINSON

Plaintiff
v.
PALISADES ACQUISITION XVI, LLC, et al.

Defendants.

Case No. **5:25-cv-01518**
Judge **Sara Lioi**

**MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES**

FILED
DEC 05 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

## PLAINTIFF'S MOTION TO STRIKE DEFENDANT PALISADES' AFFIRMATIVE DEFENSES
(Under Fed. R. Civ. P. 12(f))

**NOW COMES** Plaintiff **Kimberly M. Robinson**, Pro Se, and respectfully moves this Court to **Strike Defendant Palisades Acquisition XVI LLC's Affirmative Defenses**, filed November 18, 2025 (Doc. 6), pursuant to Fed. R. Civ. P. 12(f).

Affirmative defenses must be stricken where they are (1) legally insufficient, (2) conclusory, or (3) contain no supporting facts. Defendant's ten (10) affirmative defenses are defective in these ways:

### 1. Lack of Standing – Legally Insufficient

Plaintiff suffered garnishment of wages—an undisputed concrete financial injury. Courts hold that economic loss automatically confers Article III standing.

### 2. Failure to State a Claim – Conclusory

Defendant provides no factual basis and ignores Plaintiff's detailed FDCPA, §1983, and state-law claims.

### 3. No Causation – Contrary to Record

Defendant initiated garnishment based on a void judgment and is the direct and proximate cause of Plaintiff's injuries.

### 4. Statute of Limitations – Incorrect as a Matter of Law

Federal claims accrued in **2024–2025** when garnishment occurred. A void judgment may be challenged at any time under Ohio law.

### 5. Setoff/Recoupment – Inapplicable

Defendant identifies no counter-obligation owed by Plaintiff. This defense is unsupported.

### 6. Failure to Mitigate – Incorrect and Unsupported

A consumer cannot "mitigate" a debt collector's unlawful garnishment of wages.

### 7. Third-Party Fault – Unidentified and Unsupported

Defendant identifies no such parties and pleads no facts.

### 8. Compliance With All Statutes – Refuted by FDCPA Violations

Garnishment on a time-barred debt and failure to verify identity violate the FDCPA.

### 9. Bona Fide Error – Legally Barred

The Supreme Court has held that mistakes of law **cannot** be defended as "bona fide error." (*Jerman v. Carlisle*). Defendant's errors are legal, not clerical.

### 10. Failure to Join Necessary Parties – Unsupported

Defendant does not identify any alleged missing party, making the defense facially insufficient.

## CONCLUSION

Because all affirmative defenses are conclusory, unsupported, and legally deficient, Plaintiff respectfully requests that this Court **Strike Defendant's Affirmative Defenses** in full.

Respectfully submitted,
/s/ **Kimberly M. Robinson**
516 Ardella Ave.
Akron, OH 44306
Pro Se Plaintiff
November 30, 2025