## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION (AKRON)

**KIMBERLY M. ROBINSON**

Plaintiff

v.

**PALISADES ACQUISITION XVI, LLC, et al.**

Defendants.

Case No. 5:25-cv-01518
Judge **Sara Lioi**

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AND SERVE DOCUMENTS ELECTRONICALLY**

**FILED**

APR 2 0 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AND SERVE DOCUMENTS ELECTRONICALLY

### TO THE COURT AND ALL PARTIES:

Plaintiff Kimberly M. Robinson, proceeding pro se, respectfully moves this Court for an Order granting leave to file and serve documents electronically through the Court's Case Management/ Electronic Case Filing ("CM/ECF") system.

### I. INTRODUCTION

Plaintiff seeks permission to utilize the Court's CM/ECF system to ensure efficient participation in this litigation and timely filing and service of all documents.

### II. GROUNDS FOR THE MOTION

This Motion is based on the following:

I

PLAINTIFF'S MOTION FOR LEAVE

1. Plaintiff is proceeding pro se and does not yet have active CM/ECF access.
2. Plaintiff has reliable access to a computer, internet, and email.
3. Plaintiff has already completed and submitted the required CM/ECF registration form to the Court.
4. Plaintiff is capable of complying with all CM/ECF rules and procedures.
5. Electronic filing will promote judicial efficiency, reduce delays, and ensure timely communication.
6. Electronic service is authorized under Federal Rule of Civil Procedure 5(b)(2)(E) where consent is given.
7. Granting this Motion will not prejudice any party.

### III. LEGAL BASIS

The Court has discretion under its Local Rules and administrative procedures to permit pro se litigants to file electronically upon a showing of good cause and technical capability.

### IV. REQUEST FOR RELIEF

**WHEREFORE,** Plaintiff respectfully requests that this Court:

1. Grant leave for Plaintiff to file documents electronically via CM/ECF;
2. Permit Plaintiff to receive Notices of Electronic Filing (NEFs);
3. Allow electronic service where permitted; and
4. Grant any further relief the Court deems just and proper.

### V. CONCLUSION

Because Plaintiff has already submitted the required registration form and is prepared to comply with all electronic filing requirements, granting this Motion will streamline proceedings and conserve judicial resources.

Dated: April 12th, 2026

Respectfully submitted,

/s/ Kimberly M. Robinson
Kimberly M. Robinson
Plaintiff, Pro Se
516 Ardella Ave.
Akron, OH 44306

2

PLAINTIFF'S MOTION FOR LEAVE

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2026, a true and correct copy of the foregoing Motion was served by email upon:

Benjamin J. Kirk (pro hac vice) ROSSMAN KIRK, PLLC
2626 E 82nd Street, Suite 135
Bloomington, MN 55425
Kevin R. Feazell (0059634)
Melissa A. Springer (0097978)
CORS & BASSETT LLC
201 East Fifth Street, PNC Center, Suite 900 Cincinnati, OH 45202
Attorneys for Defendant
Palisades Acquisition XVI LLC

/s/ Kimberly M. Robinson
Kimberly M. Robinson

PLAINTIFF'S MOTION FOR LEAVE