516 Audella Ave
Akron OH 44306

**Retail**




UNITED STATES
POSTAL SERVICE®

44308

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
MERCED, CA 95340
APR 13, 2026

**$1.90**

S2322H500937-40

United States District Court – Clerk's office
John F. Seiberling
Federal Building
2 South Main Street
Akron OH  44308