**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KIMBERLY M. ROBINSON, | ) | CASE NO. 5:25-cv-1518 |
| | ) | |
| | ) | |
| Plaintiff, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | OPINION AND ORDER |
| PALISADES ACQUISITION XVI LLC, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, Kimberly Robinson, has filed a motion for leave to participate in electronic filing pursuant to Local Rule 5.1(c). (Doc. No. 34.) She has also completed the *Pro Se* Applicant Electronic Filing Registration Form and filed it with the Court. (*See* Doc. No. 1-3.) Upon consideration, and in accordance with Local Rule 5.1(c), plaintiff will be permitted to electronically file and receive documents in the above-captioned case. With this accommodation, plaintiff is advised that electronic service will be the only means by which plaintiff will serve and receive service of filings in this case. Moreover, plaintiff is instructed to familiarize herself with Local Rule 5.1.

**IT IS SO ORDERED**.

Dated: April 23, 2026

_____
**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**